# NOTICE OF CLAIMS PURCHASE AGREEMENT

**ROXBORO, CITY OF - UTILITIES POB 128**, a(n) North Carolina Political Subdivision, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **BLUE HERON MICRO OPPORTUNITIES FUND LLP**, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$152.10** (proof of claim amount, defined as the "Claim") against **Friedman's Inc.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 08-10161 CSS** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 16th day of February, 2009.

_City of Roxboro_
(Company Name)

WITNESS: _Trenie D. Adams_ (Signature)       _C. Overton_ (Signature of Corporate Officer)

_Trenie D. Adams, City Clerk_ (Print Name and Title of Witness)       _C. Overton, Finance Director_ (Print Name and Title of Corporate Officer)

[SEAL: CITY OF ROXBORO NORTH CAROLINA]

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**

WITNESS: _____ (Signature)       _____ (Signature of Fund Representative)

_Terry L. Miller_
(Print Name, Blue Heron Micro Opportunities Fund LLP)

Exhibit "A"